## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 21st day of November, 2005, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS U.S. MAIL

*Lionudakis Wood & Green Waste, Inc.*
Attn:   President/Chief Executive Officer
25071 East Jones Road
Escalon, CA 95320

Mary E. Augustine (No. 4477)

609379v1